IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:26-CR-70

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) **PETITION FOR WRIT OF HABEAS** |
| v. | ) **CORPUS AD PROSEQUENDUM** |
| | ) |
| MARCUS LEKELL GAINEY | ) |
| JID# 532786 | ) |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and moves the Court to issue a Writ of Habeas Corpus ad Prosequendum for Marcus Lekell Gainey, B/M, JID# 532786, who is presently detained in the Union County Jail, to make an initial appearance before the Court in the Western District of North Carolina in connection with charges in the above district against said Defendant.

Movant further prays that said Writ direct that immediately after the disposition of the above-captioned case Defendant shall be returned to the custody of the Union County Jail under safe and secure conduct.

RESPECTFULLY SUBMITTED, on this 24th day of April 2026.

**RUSS FERGUSON**
United States Attorney

**/s/ Timothy Sielaff**
Assistant United States Attorney
North Carolina State Bar No. 33648
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: (704) 227-0814
Email: timothy.sielaff@usdoj.gov