# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CASE NO.  3:26-CR-070-MOC-UMJ

UNITED STATES OF AMERICA,     )

          )

  v.          )

          )

MARCUS LEKELL GAINEY,     )

          )

    Defendant.     )

          )

**WRIT OF HABEAS CORPUS
AD PROSEQUENDUM**

TO:    The Director, Bureau of Prisons, Washington, D.C.
TO:    U.S. Marshal, Western District of North Carolina, Charlotte, North Carolina
TO:    Union County Jail, 3370 Presson Rd., Monroe, North Carolina

    **IT IS ORDERED** that you have the body of Marcus Lekell Gainey, PID # 532786, B/M, DOB 10/19/1986, detained in your facility, under safe and secure conduct, brought before the Honorable ___Omar Aboulhosn___, United States Magistrate Judge, for proceedings on or before ___5/19/2026___ at __10:10__ am/~~pm~~, to make an appearance before the Court on charges now pending against the Defendant, as well as any other related federal charges that may be filed.

    **IT IS FURTHER ORDERED** that the United States Marshals Service shall return Defendant to the Union County Jail, under safe and secure conduct, after the disposition of the above-captioned case as well as any other related federal charges that may be filed against Defendant.

    The Clerk is directed to certify copies of this Order to the United States Marshals Service, the Union County Jail, and the United States Attorney.

**SO ORDERED**.

Signed: April 27, 2026

David C. Keesler
United States Magistrate Judge