AO 442 (Rev. 01/09) Arrest Warrant

FILED
**Charlotte**
**5/19/2026**
U.S. District Court
Western District of N.C.

# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

**RECEIVED**
**UNITED STATES MARSHAL**

**12:34 pm, Apr 22 2026**

**WESTERN NORTH CAROLINA**
**CHARLOTTE**

|  |  |
|---|---|
| United States of America <br> v. <br><br> MARCUS LEKELL GAINEY <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No.    3:26-cr-70-MOC

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    MARCUS LEKELL GAINEY                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Distribution of Methamphetamine

Date: 4/21/26

*Issuing officer's signature*

City and state:    Charlotte, North Carolina

KATHERINE H. SIMON, **CLERK OF COURT**
*Printed name and title*

### Return

This warrant was received on *(date)* 4/22/26 , and the person was arrested on *(date)* 5/19/26
at *(city and state)* Charlotte, NC .

Date: 5/22/26

*Arresting officer's signature*

Trevor Limadue, DUSM
*Printed name and title*